UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** : | |
| : | |
| **Plaintiff,** : | |
| v. : | **Civil Action No.** |
| : | **08-10649-RWZ** |
| **DAVID K. DONOVAN, JR.,** and : | |
| **DAVID R. HINKLE,** : | |
| : | |
| **Defendants.** : | |
| : | |

## JOINT PROPOSED PRETRIAL SCHEDULE

The parties propose the following schedule for the exchange of documents and objections and for pretrial filings:

| | |
|---|---|
| October 9: | Exchange exhibit lists, proposed deposition designations, witness lists |
| October 9-19: | Parties use best efforts to identify objections to exhibits to other side |
| October 19: | Final date to exchange objections to exhibits and deposition designations |
| October 23: | Confer on pretrial memorandum, exchange motions in limine |
| October 28: | File joint pretrial memorandum and trial briefs |
| October 29: | Final pretrial conference (scheduled at 2 p.m.) |

Respectfully submitted,

**Plaintiff:**


 /s/ Rachel E. Hershfang
Richard M. Harper II (BBO No. 634782)
Rachel E. Hershfang (BBO No. 631898)
U.S. SECURITIES AND EXCHANGE
COMMISSION
33 Arch Street
Boston, Massachusetts 02110-1424
HarperR@sec.gov, Hershfangr@sec.gov

Counsel for Plaintiff
Securities and Exchange Commission

**Defendants:**

 /s/ Daniel P. Tighe
Daniel P. Tighe (BBO No. 556583)
GRIESINGER TIGHE & MAFFEI LLP
176 Federal Street
Boston, Massachusetts 02110

Counsel for Defendant
David R. Hinkle

 /s/ Raipher D. Pellegrino
Raipher D. Pellegrino (BBO#560614)
Paul J. Andrews (BBO# 558574)
DENNER PELLEGRINO  LLP
Four Longfellow Place, 35th Floor
Boston, MA 021114
(617) 227-2800

Counsel for Defendant
David K. Donovan, Jr.

October 5 2009