# United States Court of Appeals
## For the First Circuit

Nos. 10-1071; 10-1133

US SECURITIES AND EXCHANGE COMMISSION,

Plaintiff - Appellee/Cross-Appellant,

v.

DAVID K. DONOVAN, JR.,

Defendant - Appellant/Cross-Appellee,

----

DAVID HINKLE,

Defendant.

**JUDGMENT**

Entered: September 16, 2010
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' joint motion, it is hereby ordered that these appeals be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear their own costs.

Mandate to issue forthwith.

By the Court:

/s/ Margaret H. Carter, Clerk.

cc:
Paul Joseph Andrews Jr.
David J. Apfel
Richard Bradford Bailey
Tracey A. Hardin
Richard Mann Harper II
Martin F. Healey
Rachel E. Hershfang
Raipher D. Pellegrino
Louis A. Randazzo
Daniel Patrick Tighe
Douglas R. Tillberg